No. 75–6463.   POPE v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 75–6466.   SANDOVAL v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 75–6467.   BARFIELD v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 75–6478.   HARLEY v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 75–6484.   SMITH v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 75–6490.   ESCOBAR-ORDONEZ v. IMMIGRATION AND NATURALIZATION SERVICE.   C. A. 5th Cir.   Certiorari denied.

No. 75–6491.   FRAZIER v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 75–6510.   CAIN v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 75–6516.   COLLINS v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 75–6525.   EX PARTE TYLER.   C. A. 8th Cir.   Certiorari denied.

No. 75–6531.   BETTKER v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 75–6550.   EARL ET AL. v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.